1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GIACOMAZZI, | Case No. 1:23-cv-00939-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 14) |
| Defendant. | |

On October 19, 2023, the parties submitted a stipulated motion for an extension of time to file Plaintiff's motion for summary judgment.  (ECF No. 14.)  The Court finds good cause to grant the extension of time of the deadline from October 30, 2023 to December 29, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1.      The parties' stipulated motion to modify the schedule (ECF No. 14) is GRANTED;

2.      Plaintiff shall have until **December 29, 2023**, to file the motion for summary judgment; and

///
///
///
///

1

3.     All remaining deadlines as set forth in the scheduling order (ECF No. 9) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **October 20, 2023**

UNITED STATES MAGISTRATE JUDGE