# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GIACOMAZZI,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00939-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 18) |

On January 23, 2024, the parties submitted a stipulated motion for an extension of time to file Defendant's cross-motion for summary judgment. (ECF No. 18.) The Court finds good cause to grant the extension of time of the deadline from January 29, 2024 to March 4, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 18) is GRANTED;
2. Defendant shall have until **March 4, 2024**, to file his cross-motion for summary judgment; and

///
///
///
///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 9) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**January 24, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE